

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-49,980-12;WR-49,980-13;WR-49,980-14;WR-49,980-15;WR-49,980-16

### Ex parte KEITH MICHAEL ST. AUBIN, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 98CR0360; 98CR0362; 98CR0358; 98CR0359; 98CR0361
### IN THE 10TH DISTRICT COURT OF GALVESTON COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of four counts of attempted capital murder and one count of murder and sentenced to life imprisonment in each cause. The First Court of Appeals affirmed his convictions. *St. Aubin v. State*, Nos. 01-98-01340-CR; 01-98-01342-CR; 01-98-01318-CR; 01-98-01339-CR; 01-98-01341-CR (Tex. App.—Houston [1st Dist.] May 25, 2000)(not designated for publication). Applicant's initial applications for habeas corpus relief were denied in 2002.

Applicant filed these subsequent applications for habeas corpus relief contending that all of his convictions involve the murder of the same victim as an element to the offenses and therefore only one conviction can stand under this Court's double jeopardy laws.  We order that this application be filed and set for submission to determine whether Applicant's claim that he has received multiple punishments for the same conduct in violation of the Double Jeopardy Clause of the Sixth Amendment overcomes the statutory procedural bar against successive habeas applications. The parties shall brief these issues. Oral argument is not permitted.

It appears that Applicant is represented by counsel. Applicant's brief shall be filed with this Court within 30 days of the date of this order. The State's response shall be filed within 30 days after the filing of Applicant's brief.

Filed: June 15, 2016
Do not publish